IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| State v. Scarlett<br><br>Case below:<br>165 N.C. App. 547 | No. 456P04 | 1. Def's NOA Based Upon a Constitutional Question (COA03-1122)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br>10/06/04<br><br>3. Allowed<br>10/06/04 |
| State v. Smith<br><br>Case below:<br>165 N.C. App. 256 | No. 407PA04 | 1. AG's Motion for Temporary Stay (COA03-758)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**08/16/04**<br><br>2. Allowed<br>**10/06/04**<br><br>3. Allowed<br>**10/06/04** |
| State v. Speight<br><br>Case below:<br>166 N.C. App. 106 | No. 491PA04 | 1. AG's Motion for Temporary Stay (COA03-776)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**09/23/04**<br><br>2. Allowed<br>**09/23/04**<br><br>3. Allowed<br>**09/23/04** |
| State v. Tabor<br><br>Case below:<br>164 N.C. App. 231 | No. 248P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-752) | Denied<br>10/06/04 |
| State v. Taylor<br><br>Case below:<br>165 N.C. App. 278 | No. 412P04 | 1. Def's NOA Based on a Constitutional Question (COA03-349)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Denied<br>10/06/04<br><br>3. Allowed<br>10/06/04 |
| State v. Teeter<br><br>Case below:<br>165 N.C. App. 680 | No. 433P04 | 1. AG's Motion for Temporary Stay (COA03-1013)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Allowed<br>**08/23/04**<br>Stay Dissolved<br>**10/06/04**<br><br>2. Denied<br>10/06/04<br><br>3. Denied<br>10/06/04 |
| State v. Trent<br><br>Case below:<br>166 N.C. App. 76 | No. 477PA04 | 1. AG's Motion for Temporary Stay (COA03-1019)<br><br>2. AG's Petition for Writ of Supersedeas | 1. Denied<br>**09/15/04**<br><br>2. Allowed<br>**10/06/04** |